**1108**

Fred POTOK, Individually and as Trustee of the Floorgraphics, Inc. Minority Shareholder Trust

v.

Richard G. REBH, Richard Rebh, Elizabeth Rebh, Executor of the Estate of George L. Rebh, Deceased, Michael Devlin and Yves Anidjar, News America Marketing In-store Services, LLC, News America Marketing In-Store LLC, News America Marketing Instore Services, Inc.

Petition of: Fred Potok, Individually and as Trustee of the Floorgraphics, Inc. Minority Shareholder Trust

Fred Potok, Individually and as Trustee of the Floorgraphics, Inc. Minority Shareholder Trust

v.

Richard Rebh, Elizabeth Rebh, Executor of the Estate of George L. Rebh, Deceased, Michael Devlin, Yves Anidjar, News America Marketing In-Store Services, L.L.C., News America Instore L.L.C. and News America Marketing In-Store Services, Inc.

Petition of: Fred Potok, Individually and as Trustee of the Floorgraphics, Inc. Minority Shareholder Trust

No. 207 EAL 2017
No. 208 EAL 2017

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of October, 2017, the Application to File Under Seal is **GRANTED** and the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Darlene V. PALMER, Petitioner

No. 362 MAL 2017

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Petitioner

v.

Hugo Alberto CABRERA, Respondent

No. 474 MAL 2017

Supreme Court of Pennsylvania.

October 31, 2017